1  JAMES D. BOYLE, ESQ. (NBN 08384)
   jboyle@nevadafirm.com
2  JESSICA M. LUJAN, ESQ. (NBN 14913)
   jlujan@nevadafirm.com
3  HOLLEY DRIGGS
4  800 South Meadows Parkway, Suite 800
   Reno, Nevada 89521
5  Telephone: (775) 851-8700
   Facsimile: (775) 851-7681
6
7  TIMOTHY D. NICHOLS, ESQ. (*Admitted pro hac vice*)
   tnichols@wnlaw.com
8  BRIAN N. PLATT, ESQ. (*Admitted pro hac vice*)
   bplatt@wnlaw.com
9  WORKMAN NYDEGGER
   60 East South Temple Suite 1000
10 Salt Lake City, UT 84111
   Telephone: (801) 533-9800
11 Facsimile: (801) 328-1707
12
   *Attorneys for Hideit Mounts, Inc.*
13

14              **UNITED STATES DISTRICT COURT**

15                   **DISTRICT OF NEVADA**

16
   HIDEIT MOUNTS, INC.,                 Case No. 3:21-cv-00401-MMD-CLB
17
                  Plaintiff,            STIPULATED MOTION FOR EXTENSION
18                                      OF TIME TO ANSWER OR OTHERWISE
19        v.                            RESPOND TO COMPLAINT
20 INCOGNEATO, LLC AND NEIL             **JURY DEMAND**
   ANEJA,
21
                  Defendants.
22

23

24       Plaintiff Hideit Mounts, Inc. and Defendants InCogNeato, LLC and Neil Aneja,

25 respectfully move this court for an order extending the deadline by which Defendants may

26 answer or otherwise respond to the Complaint filed in this matter. This is a stipulated motion

27 made pursuant to FRCP Rule 6(a)(1)(b), on the basis of good cause, and on the following:

28       1.  Plaintiff filed their Complaint on September 3, 2021 [ECF No. 1].

                                        1

2. Defendants were each served on or before September 24, 2021, which established October 15, 2021 as the date by which Defendants were to answer or otherwise respond to the Complaint.

3. Prior to October 15, 2021, defendants Neil Aneja and InCogNeato LLC requested an extension of 30-days to respond to Plaintiff's Complaint, to permit them each to obtain representation in this matter.

For the reasons stated above, the parties agree and stipulate that a 30-day extension until November 14, 2021 for InCogNeato, LLC and Neal Aneja to answer or otherwise respond to Plaintiff's Complaint is appropriate.

DATED this 14th day of October, 2021.

Respectfully submitted,


By:/s/ Brian N. Platt
TIMOTHY D. NICHOLS
(*Admitted pro hac vice*)
BRIAN N. PLATT (*Admitted pro hac vice*)
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

JAMES D. BOYLE (NBN 08384)
JESSICA M. LUJAN (NBN 14913)
HOLLEY DRIGGS
800 South Meadows Parkway, Suite 800
Reno, Nevada 89521

*Counsel for Plaintiff Hideit Mounts, Inc.*

IT IS SO ORDERED.

Dated:  October 14, 2021


UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of October, 2021, I electronically filed the foregoing STIPULATED MOTION FOR EXTENSION OF TIME with the Clerk of the Court using the CM/ECF System, and served same filing on the following:

       InCogNeato, LLC
       neil.aneja@gmail.com
       433 Day Ave.
       Roanoke, VA 24016

       Neil Aneja
       neil.aneja@gmail.com
       433 Day Ave.
       Roanoke, VA 24016

*/s/ Jennifer Hunter*